DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH FISCHER,**
Appellant,

v.

**U.S. BANK TRUST NATIONAL ASSOCIATION** as Trustee of **DWELLING SERIES IV TRUST,**
Appellee.

No. 4D21-2085

[May 19, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 18-026886.

Francis Mota and Kendrick Almaguer of The Ticktin Law Group, Deerfield Beach, for appellant.

Christophal C.K. Hellewell, Chase A. Berger and Tara L. Rosenfeld of Ghidotti │Berger LLP, North Miami Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., DAMOORGIAN and CIKLIN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***